FILED IN OPEN COURT

ON ꓘ]]0]]8ꞘꝪꞶꓔ

Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:18-CR-00002-FL-1

UNITED STATES OF AMERICA       :
                               :
        v.                     :
                               :
SHAWN MICHAEL MAYNOR           :


## ORDER OF FORFEITURE

WHEREAS, pursuant to the entry of the Memorandum of Plea
Agreement entered into by the defendant, Shawn Michael Maynor, on
April 12, 2018, the following property is hereby forfeitable
pursuant to 18 U.S.C. § 924(d)(1), made applicable to this criminal
proceeding by virtue of 28 U.S.C. § 2461(c), to wit a Ruger LCP
380 caliber firearm, serial number 373-33547, and any and all
associated ammunition; and

WHEREAS, by virtue of said Memorandum of Plea Agreement
and the defendant's agreement therein, the United States is now
entitled to possession of said property pursuant to 21 U.S.C. §
853;

It is hereby ORDERED, ADJUDGED and DECREED:

1.    That based upon the Memorandum of Plea Agreement as to
the defendant, the United States is hereby authorized to seize the
above-stated property, and it is hereby forfeited to the United

1

States for disposition in accordance with the law, including destruction, subject to the provisions of 21 U.S.C. § 853(n), as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED. This _10__ day of _July_____, 2018.

_LOUISE W. FLANAGAN_
United States District Judge